ELLIOT ENOKI
United States Attorney
District of Hawaii

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2001

at 4 o'clock and 02 min P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00189 SOM |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 2321 (a); 2; 18 U.S.C. § 371] |
| WILLIAM KEANU, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From on or about September 25, 1999, through on or about May 24, 2000, in the District of Hawaii, the defendant, WILLIAM KEANU, with others known and unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree among themselves and with each other to commit certain offenses against the United States as follows:

(a)  Knowingly buy, receive, possess, and obtain control of, with intent to sell and dispose of, motor vehicles, knowing that the vehicle identification number for said motor vehicles had been removed, obliterated, tampered with and

altered, in violation of Title 18 United States Code, Section 2321 (a)

<u>Manner and Means by Which the</u>
<u>Conspiracy was Carried Out</u>

The manner and means by which the conspiracy was sought to be accomplished involved the following conduct:

a. Wrecked vehicles were purchased from salvage businesses utilizing false names

b. Similar make and models of vehicles were stolen

c. Vehicle identification numbers (hereinafter VIN) were removed from the donor salvage vehicle and placed on the stolen vehicle

d. The stolen vehicle was sold as a rebuilt salvage vehicle, registered under the donor salvage vehicle's VIN.

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to achieve the object thereof, the defendant and his co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed the following overt acts in the District of Hawaii:

a. On or about September 27, 1999, using the alias Jayson Ahuna, the defendant bought a 1990 Honda Accord, VIN JHMCB7652LC045591, donor vehicle from Insurance Auto Auctions.

b. On or about October 11, 1999, the defendant's co-conspirator sold a stolen 1990 Honda Accord which had it's VIN removed, obliterated, tampered with, altered and then replaced with the VIN from the above-described donor vehicle.

      c.   On or about January 10, 2000, using the alias Jayson Ahuna, the defendant bought a 1991 Honda Accord, VIN JHMCB7568MCO11912, donor vehicle from Insurance Auto Auctions.

      d.   On or about January 10, 2000 through January 22, 2000, the dash VIN was removed from a stolen 1991 Honda, VIN JHMCB7651MC065462, and replaced with the VIN from the above-described donor vehicle.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

The Grand Jury further charges that:

On or about September 27, 1999 through October 11, 1999, in the District of Hawaii, the defendant, WILLIAM KEANU, did knowingly buy, receive, possess, and obtain control of, with intent to sell and dispose of, a 1990 Honda Accord, knowing that the vehicle identification number, JHMCB766LCO60135, of said vehicle had been unlawfully removed, obliterated, tampered with and altered.

All in violation of Title 18, United States Code, Section 2321(a) and 2.

## COUNT 3

The Grand Jury further charges that:

On or about January 10, 2000, through May 24, 2000, in the District of Hawaii, the defendant, WILLIAM KEANU, did knowingly buy, receive, possess, and obtain control of, with

intent to sell and dispose of, a 1991 Honda, knowing that the Vehicle Identification Number, JHMCB7651MCO65462, of said vehicle had been unlawfully removed, obliterated, tampered with and altered.

All in violation of Title 18, United States Code, Section 2321 (a) & 2.

DATED: 5/16/01, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

ELLIOT ENOKI
United States Attorney
District of Hawaii

LARRY L. BUTRICK
Assistant United States Attorney